■ FREDERICK DEUTSCH et al., Plaintiffs, and NATIONAL SURETY CORPORATION, Respondent, v LEO H. FLEISCHMAN et al., Appellants.—Order, Supreme Court, New York County, entered on August 4, 1978, unanimously affirmed for the reasons stated by Williams, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Sandler, Sullivan, Markewich and Yesawich, JJ.

■ In the Matter of ALLSTATE INSURANCE COMPANY, Respondent, v HOLLY D. SHAW et al., Respondents, and HERTZ CORPORATION, Appellant.— Resettled judgment, Supreme Court, Bronx County, entered on or about March 23, 1979, unanimously affirmed for the reasons stated by McCooe, J., at Special Term. Petitioner-respondent shall recover of respondent-appellant $50 costs and disbursements of this appeal. Concur—Birns, J. P., Sandler, Sullivan, Markewich and Yesawich, JJ.

■ THE PEOPLE OF STATE OF NEW YORK, Respondent, v HARRY LUIS GARCIA, Appellant.—Judgment, Supreme Court, Bronx County, rendered on May 3, 1977, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Sandler, J. P., Sullivan, Bloom, Silverman and Ross, JJ.

■ In the Matter of INVESTIGATION No. G-1 OF THE SEPTEMBER 1977 GRAND JURY OF THE EXTRAORDINARY SPECIAL AND TRIAL TERM. THREE CERTAIN FORMER PUBLIC SERVANTS, Petitioners; RICHARD G. DENZER, Respondent.—Application, pursuant to CPLR article 78, unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Bloom, Silverman and Ross, JJ.

■ ARTHUR HORN, Appellant, v NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al., Respondents.—Judgment, Supreme Court, New York County, entered on April 5, 1979, unanimously affirmed, without costs and without disbursements; appeal from order of said court entered on March 30, 1979 dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Fein, Markewich and Lupiano, JJ.

■ STATE OF NEW YORK, Respondent, v CARVEL CORPORATION et al., Defendants, and HERBERT F. ROTH, Appellant.—Order, Supreme Court, New York County, entered on September 13, 1979, unanimously affirmed on the opinion of Greenfield, J., at Special Term. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Concur—Kupferman, J. P., Birns, Fein, Markewich and Lupiano, JJ.

## (January 10, 1980)

■ NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., Respondent, v CLEAR-VU PACKING, INC., Appellant.—Appeal from order, Supreme Court, Bronx County, entered on August 27, 1979, withdrawn. No opinion. Concur—Birns, J. P., Sandler, Sullivan, Markewich and Yesawich, JJ.